■ ARTHUR STEWART, Petitioner, v CHASE MANHATTAN BANK et al., Respondents.—Determination of State Human Rights Appeal Board dated August 7, 1979, unanimously confirmed, on the merits, without costs and without disbursements. (See *Matter of Callaghan v New York State Div. of Human Rights,* 72 AD2d 769.) No opinion. Concur—Sullivan, J. P., Markewich, Silverman, Yesawich and Carro, JJ.